# United States Bankruptcy Court
## Western District of Tennessee

In re **Garry Kyle Hicks**
Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Garry Kyle Hicks** | S.S.# **xxx-xx-8576** |
| | (W) | S.S.# |
| ADDRESS: | **2170 Pace Road** | |
| | **Mc Kenzie, TN 38201** | |

PLAN PAYMENT: Debtor(s) to pay $ **543.00** (weekly, every two weeks, semi-monthly, **monthly**)
PAYROLL DEDUCTION:  OR ( **X** ) DIRECT PAY

BECAUSE:
FIRST PAYMENT DATE: **7/28/2016**

PLACE OF EMPLOYMENT:
ADMINISTRATIVE: Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order.

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **0.00** |
| | Child support arrearage amount | $ **-NONE-** |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE: If no arrearage, ongoing payments are to be paid directly by the debtor(s).

**First Mortgage Strategies Group** Ongoing pmt. Begin **PAID OUTSIDE PLAN** $
Approx. arrearage _____ Interest ____ % $

SECURED CREDITORS;
(retain lien 11 U.S.C. Sec. 1325{a}{5})

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| **Bank of Gleason** | $ 4,524.86 | 8.00 % | $ 125.00 |
| **First Heritage Credit** | $ 4,245.00 | 10.00 % | $ 100.00 |
| **Heights Finance** | $ 4,885.15 | 10.00 % | $ 104.00 |
| **Springleaf** | $ 3,000.00 | 8.00 % | $ 61.00 |
| **State Finance of Paris** | $ 300.00 | 8.00 % | $ 10.00 |
| **United Consumer Financial Service** | $ 2,987.30 | 6.00 % | $ 58.00 |

UNSECURED CREDITORS:   Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$29,312.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.
Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive percentage determined by the Chapter 13 Trustee

DEBTOR'S ATTORNEY:   **RICHARD H. WALKER 014166**
**WALKER LAW OFFICE**
**P.O. BOX 530**
**LEXINGTON, TN 38351**
**731-968-3356 Fax:731-968-3350**